## In the Interest of R.D.D., a Child Under Seventeen Years of Age.

### COLE COUNTY JUVENILE OFFICER, Respondent,

v.

### I.B.D. (Natural Mother), Appellant.

### No. WD 54297.

Missouri Court of Appeals, Western District.

April 21, 1998.

Curtis G. Hanrahan, Jefferson City, for appellant.

Jon E. Beetem, Jefferson City, Guardian ad litem.

Maureen M. Monaghan, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and HANNA and HOWARD, JJ.

### ORDER

PER CURIAM.

Natural mother appeals from the trial court's judgment terminating her parental rights to R.D.D., a minor child.

Judgment affirmed. Rule 84.16(b).

### STATE of Missouri, Respondent,

v.

### Terry DENSON, Appellant.

### No. WD 53964.

Missouri Court of Appeals, Western District.

April 28, 1998.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and SMART and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Terry Denson appeals his convictions following jury trial for murder in the second degree, section 565.021.1, RSMo 1994, armed criminal action, section 571.015, RSMo 1994, and arson in the second degree, section 569.040, RSMo 1994 and two life terms of imprisonment, consecutive to a seven year term. Mr. Denson contends on appeal that the trial court erred by (1) admitting into evidence his prior acts of violence toward the victim; and (2) failing to *sua sponte* declare a mistrial when the prosecution commented on the strength of the case during closing argument on rebuttal. The judgment of convictions is affirmed. Rule 30.25(b).